BRIAN C. VANDERHOOF (10463)
LeClairRyan LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA  90017
Tel:  213-488-0503
Fax:  213-624-3755
Email: Brian.Vanderhoof@leclairryan.com

Attorneys for Defendant
PERFORMANCE TITLE, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SINGH and MARTH SINGH,<br><br>Plaintiffs,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, successor in interest of GMAC; PERFORMANCE TITLE, LLC; FIDELITY NATIONAL TITLE INSURANCE COMPANY,  and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No: 3:18-CV-01539-WQH-NLS<br><br>**DEFENDANT PERFORMANCE TITLE, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P.  7.1**<br><br>[Removed from Superior Court of California, County of Imperial, Case No. ECU000393]<br><br>Complaint filed:  June 4, 2018 |

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned certifies that that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1    1.    Performance Title LLC is a limited liability company.  Its sole member

2  is Performance Lender Solutions, LLC.  Its sole member is RM Title LLC.  The

3  sole member of RM Title LLC is RM Ventures LLC.  Its sole member is Solidify

4  US Inc.  The sole shareholder of Solidify US Inc. is Solidify Corp.  The sole

5  shareholder of Solidify Corp is Real Matters, Inc., a publicly traded entity on the

6  Toronto Stock Exchange.

7                                          Respectfully submitted:

8  DATED: July 6, 2018                LeClairRyan, LLP

9

10                                  By:   */s/ Brian C. Vanderhoof*
                                          BRIAN C. VANDERHOOF, ESQ.
11                                        Attorneys for Defendant
                                          PERFORMANCE TITLE, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

1

## CERTIFICATE OF SERVICE

2

3          I am employed in the County of Los Angeles, State of California.  I am over
the age of 18 years and not a party to the within action; my business address is 725
S. Figueroa Street, Suite 350, Los Angeles, California 90017.

4

5          On July 12, 2018, I served the foregoing document(s) described as:
**DEFENDANT PERFORMANCE TITLE, LLC'S CORPORATE**

6   **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P.  7.1** on the interested

7   parties in this action by placing the true copies thereof enclosed in a sealed
envelope(s) addressed as follows:

8

| | |
|---|---|
| Ryan D. Childers, Esq.<br>Kevin E. Lawless, Esq.<br>Jacqueline Mandel, Esq.<br>CHILDERS & ASSOCIATES<br>1430 Broadway Street<br>El Centro, CA  92243<br>Tel: (760) 353-3484<br>Fax: (760) 370-0522<br>Email:  Kevin@childersandassociates.com | *Attorneys for Plaintiffs*<br>**EDWARD SINGH and MARTHA SINGH** |

9

10

11

12

13

14   ☒   **(BY ELECTRONIC TRANSMISSION)** The above-referenced document

15        was transmitted electronically to the persons at the e-mail address(es)
indicated above.

16   ☒   **(FEDERAL)**  I am employed in the office of a member of the bar of this

17        court at whose direction the service was made.  I declare under penalty of
perjury that the foregoing is true and correct.

18        Executed on July 12, 2018, at Los Angeles, California.

19

20        Graciela Anchante

21

22

23

24

25

26

27

28

3                                      Case No: 3:18-CV-01539-WQH-NLS

FRCP 7.1 CORPORATE DISCLOSURE STATEMENT