# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### November 28, 2018

| | | | | | |
|---|---|---|---|---|---|
| Singh et al. | vs | Ditech Financial LLC et al. | No. | 18cv1539-WQH |

Hon.  Nita L. Stormes         Deputy Clerk  n/a

It is **ORDERED** that this case be transferred from Magistrate Judge Nita L. Stormes to Magistrate Judge Ruth B. Montenegro.  The district judge assignment will remain the same.

Assigned to:   Magistrate Judge Ruth Bermudez Montenegro
New Case #:   18cv1539-WQH (RBM)